UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD KRAMER and JULIE KRAMER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case number 4:10cv0156 TCM ) |
| AMERICA'S WHOLESALE LEADERS, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This pro se case is before the Court on its own motion. Contemporaneously with the filing of their complaint against the four entities named as defendants, Plaintiffs notified the Court of their intent to use Brandon Mushlin as a process server for all four defendants. Three of the returns of service show a Kathleen Dunn as process server. The fourth return is simply a photocopy of a receipt showing that something was mailed to defendant Mortgage Electronic Registration System, Inc. All four returns fail to comply with Rule 4 of the Federal Rules of Civil Procedure. Consequently, Plaintiffs are directed to amend, **within fourteen days of the date of this Order**, their returns to show such compliance, if appropriate, or to serve, **within thirty days of the date of this Order**, the four defendants in accordance with the provisions of Rule 4 and to promptly file the returns of service.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 7th of June, 2010.